Haix, Judge,
 

 delivered the opinion of the Court:
 

 The act of 1801, ch. 10, sec. 4, states, “ that where a Defendant, in any action of debt, &c. shall appeal, &c. and shall not, on the trial of such appeal, diminish the sum recovered by the Plaintiff1, &c. the party so appealing shall pay to the Plaintiff the sum of ten per cent, to be computed from the time of rendering judgment in the County Court, to the time of rendering up judgment in the Superior Court, and the lawful rate per cent, from
 
 *26
 
 that time till the whole debt shall be paid,” &c. The true construction of this act is, that ten per cent, shall ^ pa{¿j Upon †|16 principal of the debt, and not upon the principal and interest added together. The Legislature intended to substitute ten per cent, in the place of six per cent, the legal interest, from the time of rendering judgment in the County Court, to the rendition of the judgment in the Superior Court, and to charge the Defendant with the lawful rate per cent, from that time till he paid the debt.